AUTUMN M. ELLIOTT (Cal. Bar No. 230043)
autumn.elliott@disabilityrightsca.org
SRIVIDYA PANCHALAM (Cal. Bar No. 265398)
sri.panchalam@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA  90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

AARON J. FISCHER (Cal. Bar No. 247391)
aaron.fischer@disabilityrightsca.org
JULIE WILENSKY (Cal. Bar No. 271765)
julie.wilensky@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>Plaintiffs,<br><br>v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>Defendants. | Case No.: 2:16-cv-06796 MWF (KSx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: October 17, 2016<br>Time: 10:00 a.m.<br>Courtroom: 1600<br><br>Judge: Hon. Michael W. Fitzgerald |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65-1, on October 17, 2016, at 10:00 a.m., or as soon afterwards as the matter may be heard by the Honorable Michael W. Fitzgerald, located at Courtroom 1600, 312 North Spring Street, Los Angeles, California 90012, Plaintiffs CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER (collectively, "Plaintiffs") will and do move this Court for an order granting Plaintiffs the following preliminary injunctive relief against Defendants WEST LOS ANGELES COLLEGE ("WLAC") and LOS ANGELES COMMUNITY COLLEGE DISTRICT ("LACCD") (collectively, "Defendants"), together with all persons acting on Defendants' behalf or under Defendants' control:

    a. Ordering Defendants to immediately provide transportation assistance, such as through a campus shuttle or similar service, to Plaintiffs for the purpose of ensuring that Plaintiffs have meaningful access to their classes and any other programs, services, and activities in which they seek to participate on the WLAC campus. WLAC may do so by restoring the Campus Shuttle service that WLAC provided until February 2016 to transport students with mobility disabilities between locations on campus or by providing other transportation assistance that offers point-to-point, on-call transportation assistance to Plaintiffs. Defendants shall provide such transportation assistance in a manner that is accessible to Plaintiffs, is operational during reasonable hours in light of the times and days that educational and other services are provided on campus, and has a reasonable response time.

    b. Ordering Defendants, within 60 days and in consultation with Plaintiffs, to develop a plan that includes any policy changes necessary for a durable remedy. The plan shall ensure the provision of adequate

transportation assistance and services such that Plaintiffs, as students with mobility-related disabilities, have meaningful access to Defendants' programs, services, and activities on the WLAC campus.

c. Ordering Defendants to take any other steps necessary to provide meaningful access for Plaintiffs to Defendants' programs, services, and activities.

d. Ordering such other and further relief as the Court deems just and proper.

The Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and supporting declarations filed and submitted concurrently, all of the pleadings, papers, and records filed in this action, and any further evidence that the Court may wish to consider at the hearing on this Motion.

Pursuant to L.R. 7-3, this Motion for Preliminary Injunction is exempt from the conference of counsel requirement, although prior to filing this motion, Plaintiffs notified Defendants' counsel of the motion and noticed hearing date.

Dated: September 15, 2016         Respectfully submitted,

DISABILITY RIGHTS CALIFORNIA

By: /s/ Aaron J. Fischer

AUTUMN M. ELLIOTT
autumn.elliott@disabilityrightsca.org
SRIVIDYA PANCHALAM
sri.panchalam@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA  90017
Telephone: (213) 213-8000

AARON J. FISCHER
aaron.fischer@disabilityrightsca.org
JULIE WILENSKY

1 | julie.wilensky@disabilityrightsca.org
2 | DISABILITY RIGHTS CALIFORNIA
3 | 1330 Broadway, Suite 500
4 | Oakland, CA  94612
5 | Telephone: (510) 267-1200

*Attorneys for Plaintiffs*