JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>          Plaintiffs,<br><br>     v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>          Defendants. | Case No. CV 16-6796-MWF (KSx)<br><br>**JUDGMENT AFTER TRIAL** |

Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

///

///

///

-1-

1. As to all claims, judgment is entered in favor of Defendants and Plaintiffs shall take nothing.
2. Defendants are awarded their costs as provided by law.

Dated: August 20, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge