AUTUMN M. ELLIOTT (SBN 230043)
autumn.elliott@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA  90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

AARON J. FISCHER (SBN 247391)
aaron.fischer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA  94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

STUART SEABORN (SBN 198590)
sseaborn@dralegal.org
Disability Rights Advocates
2001 Center Street, 4th Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Fax: (510) 665-8511

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>　　　　　Defendants. | ) Case No.: 2:16-cv-06796 MWF (KSx)<br>) Judge: Hon. Michael W. Fitzgerald<br>)<br>) **NOTICE OF MOTION AND MOTION**<br>) **FOR SUBSTITUTION OF DECEASED**<br>) **PARTY, REQUEST FOR**<br>) **APPOINTMENT OF SPECIAL**<br>) **ADMINISTRATOR OF ESTATE**<br>)<br>) Hearing Date: November 23, 2020*<br>)  Time: 10:00 a.m.<br>)  Courtroom: 5A<br>) *See *Ex Parte* Application to Shorten Time |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Rule 25 of the Federal Rules of Civil Procedure, counsel for Plaintiffs gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the recent death of Chrystal, a plaintiff in this action.  It is hereby requested that the "Estate of Chrystal" be substituted in place of "Chrystal" as plaintiff in this action, so that the decedent's claims that are not extinguished by her death may survive, and so that the action on her behalf may proceed.

Additionally, Plaintiffs request that the Court appoint Lindsay Potter as special administrator of Ms. Chrystal's estate for purposes of this litigation, so that she may exercise powers necessary to preserve Ms. Chrystal's estate as related to this matter.

Plaintiffs' counsel notified counsel for Defendants about Ms. Chrystal's passing on October 1, 2020.  Plaintiffs' counsel has had several communications with Defendants' counsel since that time in an effort to facilitate an efficient and appropriate handling of the matter.

The parties have scheduled a mediation for November 30, 2020.  Plaintiffs therefore request that the Court issue a timely order on the matters described herein in order to facilitate a productive mediation session on that date.

An *ex parte* application to shorten time as to this motion, which Defendants have stated they do not oppose, is filed concurrently herewith.

I.    **PROCEDURAL BACKGROUND**

On August 10, 2020, this Court received the mandate from the Court of Appeals for the Ninth Circuit for Plaintiffs' appeal in this matter.  Dkt. 211.  On August 31, 2020, the Court held a status conference with the parties to discuss the status of the case, including the parties' willingness to participate in mediation. Dkt. 213.

Upon confirmation from Defendants that they have agreed to participate in

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx)
Motion for Substitution of Deceased Party, Request for Appointment of Special Administrator of Estate

1

mediation of this matter, Dkt. 214, the Court ordered the parties to file periodic Joint Status Reports, commencing December 7, 2020, or within 10 days of a resolution pursuant to mediation, whichever occurs first.  Dkt. 215.  The parties have scheduled a mediation for November 30, 2020, with the Hon. Carla M. Woehrle of ADR Services, Inc. to serve as a neutral.  Declaration of Aaron J. Fischer ("Fischer Decl.") ¶ 3.

Plaintiffs' counsel contacted Defendants' counsel on October 1, 2020, to inform them of Ms. Chrystal's death. Plaintiffs' counsel has had several communications with Defendants' counsel since that time in an effort to facilitate efficient and appropriate handling of the matter.  Fischer Decl. ¶ 14.

Defendants' counsel has confirmed in writing that they agree to the *ex parte* application to shorten time on this motion, filed concurrently herewith. Defendants' counsel have further indicated that upon reviewing the instant filed motion, Defendants "may be also able to simply not oppose it."  Fischer Decl. ¶¶ 15-16.

## II.    MOTION FOR SUBSTITUTION OF PARTY UPON DEATH

Plaintiffs' counsel recently discovered the death of Ms. Chrystal, a plaintiff in this action.  Ms. Chrystal passed away on September 7, 2020.  Fischer Decl. ¶ 4 & Ex. A (Certificate of Death); Declaration of Lindsay Potter ("Potter Decl.") ¶ 3.

Certain claims brought by Ms. Chrystal are not extinguished by her death – in particular, Ms. Chrystal's claims for declaratory relief, for statutory damages pursuant to the Unruh Civil Rights Act (Cal. Civ. Code § 51), for statutory damages pursuant to the California Disabled Persons Act (Cal. Civ. Code § 54), and for reasonable attorney's fees and costs pursuant to federal and California law. Ms. Chrystal's intestate heir is her minor grandchild, who is currently two years old.  Fischer Decl. ¶¶ 5-6; Potter Decl. ¶¶ 4-6.

Ms. Chrystal's estate does not have significant assets, and there has been no appointment of an administrator of the estate to date.  Fischer Decl. ¶ 7.

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx)
Motion for Substitution of Deceased Party, Request for Appointment of Special Administrator of Estate

2

Accordingly, it is requested, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that the "Estate of Chrystal" be substituted in place of "Chrystal" as plaintiff in this action so that the decedent's aforementioned claims survive, and the action on her behalf may proceed.

## III.    REQUEST FOR APPOINTMENT OF SPECIAL ADMINISTRATOR OF THE ESTATE OF CHRYSTAL

Plaintiffs request that the Court appoint Lindsay Potter as special administrator of Ms. Chrystal's estate for purposes of this litigation, so that she may exercise powers necessary to preserve and protect the interests of Ms. Chrystal's estate.

Appointment as special administrator under these circumstances is appropriate under California law.  Cal. Prob. Code § 8540(a) ("If the circumstances of the estate require the immediate appointment of a personal representative, the court may appoint a special administrator to exercise any powers that may be appropriate under the circumstances for the preservation of the estate.").  Such an appointment "may be for a specified term, to perform particular acts, or on any other terms specified in the court order."  Cal. Prob. Code § 8540(b).

Ms. Chrystal died without a will, was unmarried, and had one child who predeceased her.  Fischer Decl. ¶ 5; Potter Decl. ¶ 5.  Ms. Chrystal's one grandchild is her intestate heir.  Fischer Decl. ¶ 6; Potter Decl. ¶ 6; Cal. Prob. Code § 6402(a).

Lindsay Potter is the mother and legal guardian of Ms. Chrystal's grandchild and intestate heir.  Fischer Decl. ¶ 8; Potter Decl. ¶¶ 2, 7.  She is fully competent to understand and protect the interests of the estate.  As the mother of Ms. Chrystal's grandchild, the intestate minor heir of Ms. Chrystal, Lindsay Potter does not have interests adverse to the heir of the estate.  Ms. Potter is willing, able, and committed to represent the interests of Ms. Chrystal's estate and intestate heir for purposes of this legal proceeding.  Fischer Decl. ¶¶ 9-11; Potter Decl. ¶¶ 7-10, 12.

1   Ms. Potter is aware of the facts and procedural history of this case, having

2   followed it closely while Ms. Chrystal was alive.  Fischer Decl. ¶ 12; Potter Decl. ¶

3   11.

4        Consistent with the Court's direction and the parties' agreement, this matter

5   is scheduled for mediation on November 30, 2020.  Fischer Decl. ¶ 3.  A timely

6   appointment of special administrator is necessary and appropriate to ensure that the

7   rights and interests of Ms. Chrystal's estate are protected and preserved, including

8   for purposes of that mediation.

9        Accordingly, Plaintiffs request that Lindsay Potter be appointed as special

10  administrator of Ms. Chrystal's estate for purposes of this litigation.

**IV.    CONCLUSION**

12       Plaintiffs request that the Court grant the motion for substitution of deceased

13  party and the request for appointment of special administrator of Ms. Chrystal's

14  estate for purposes of this litigation, to allow for her claims to survive and this

15  action to proceed, including for purposes of the mediation currently scheduled for

16  November 30, 2020.

17       A proposed order is attached herewith.

19  DATED: <u>November 17, 2020</u>      Respectfully submitted,

20                                        DISABILITY RIGHTS CALIFORNIA

22                                        *aaron g. Fisch*

23                                        AARON J. FISCHER

24                                        *Attorney for Plaintiffs*

1

## **CERTIFICATE OF CONFERENCE**

2          I hereby certify that I have contacted Counsel for Defendants West Los

3   Angeles College and Los Angeles Community College District regarding

4   Plaintiffs' Motion for Substitution of Deceased Party and Request for Appointment

5   of Special Administrator of Estate. This motion is made following the conference

6   of counsel pursuant to L.R. 7-3.  Plaintiffs' counsel informed Defendants' Counsel

7   about the death of Plaintiff Chrystal on October 1, 2020, and have conferred by

8   email and telephone on the matter multiple times, including on October 28, 2020,

9   November 5, 2020, November 9, and November 12, 2020.

10

11

12                                        _____

13                                        Aaron J. Fischer
                                          *Attorney for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28