1  AUTUMN M. ELLIOTT (SBN 230043)
2  autumn.elliott@disabilityrightsca.org
   DISABILITY RIGHTS CALIFORNIA
3  350 South Bixel Street, Suite 290
4  Los Angeles, CA  90017
   Telephone: (213) 213-8000
5  Fax: (213) 213-8001

6  AARON J. FISCHER (SBN 247391)
7  aaron.fischer@disabilityrightsca.org
   DISABILITY RIGHTS CALIFORNIA
8  1330 Broadway, Suite 500
9  Oakland, CA  94612
   Telephone: (510) 267-1200
10 Fax: (510) 267-1201
11
12 STUART SEABORN (SBN 198590)
   stuart.seaborn@disabilityrightsca.org
13 Disability Rights Advocates
14 2001 Center Street, 4th Floor
   Berkeley, CA
15 Telephone: (510) 665-8644
16
17 *Attorneys for Plaintiffs*

18                 UNITED STATES DISTRICT COURT

19               CENTRAL DISTRICT OF CALIFORNIA

20
   CHARLES ANTHONY GUERRA,     ) Case No.: 2:16-cv-06796 MWF (KSx)
21 CHRYSTAL, and KARLTON        ) Judge: Hon. Michael W. Fitzgerald
   BONTRAGER,                   )
22                              )
23          Plaintiffs,         ) **DECLARATION OF AARON J.**
                                ) **FISCHER IN SUPPORT OF**
24                              ) **PLAINTIFFS' MOTION FOR**
         v.                     ) **SUBSTITUTION OF DECEASED**
25                              ) **PARTY AND REQUEST FOR**
26 WEST LOS ANGELES COLLEGE     ) **PARTY AND REQUEST FOR**
   and LOS ANGELES COMMUNITY    ) **APPOINTMENT OF SPECIAL**
27 COLLEGE DISTRICT,            ) **ADMINISTRATOR OF ESTATE**
                                )
28          Defendants.         )
   _____)

# DECLARATION OF AARON J. FISCHER

I, Aaron J. Fischer, declare and state as follows:

1.      This declaration is based upon my personal knowledge and, if called as a witness, I could and would testify competently from firsthand knowledge to the facts in this declaration.

2.      I am counsel representing the plaintiffs in the above-captioned case.

3.      Since the August 31, 2020 telephonic status conference, the parties have scheduled a mediation for November 30, 2020, with the Hon. Carla M. Woehrle of ADR Services, Inc. to serve as a neutral.

4.      I was recently informed that Ms. Chrystal passed away.  Her date of death is September 7, 2020.

5.      I am informed that Ms. Chrystal died without a will, was unmarried, and had one child who predeceased her.

6.      Ms. Chrystal's intestate heir is her minor grandchild, who is currently two years old.

7.      I am informed that Ms. Chrystal's estate does not have significant assets, and that there has been no appointment of an administrator of the estate to date.

8.      Lindsay Potter is the mother and legal guardian of Ms. Chrystal's grandchild and intestate heir.

9.      I have spoken with Lindsay Potter on multiple occasions since Ms. Chrystal's death.  My assessment is that she is fully competent to understand and protect the interests of Ms. Chrystal's estate.  As the mother of Ms. Chrystal's grandchild, the intestate minor heir, Lindsay Potter does not have interests adverse to the heir of the estate.  Ms. Potter is willing, able, and committed to represent the interests of Ms. Chrystal's estate and intestate heir for purposes of this legal proceeding.

10.     I have spoken with Ms. Chrystal's immediate family since her death. My understanding is that there is general consensus that Lindsay Potter is an appropriate person to serve as special administrator of Ms. Chrystal's estate for purposes of this litigation.

11.     Through my communications with Lindsay Potter and Ms. Chrystal's family members and loved ones, I am not aware of any conflict that would prevent Lindsay Potter from serving competently and effectively in the role of special administrator of Ms. Chrystal's estate for purposes of this litigation.

12.     I am informed that Lindsay Potter is aware of the facts and procedural history of this case, having followed it closely while Ms. Chrystal was alive.

13.     To investigate the appropriate legal processes to address the matter in this case, I have contacted several attorneys with practice expertise in probate for assistance.

14.     Plaintiffs' counsel notified counsel for Defendants about Ms. Chrystal's passing on October 1, 2020.  Plaintiffs' counsel has had several communications with Defendants' counsel since that time in an effort to facilitate efficient and appropriate handling of the matter, including sharing drafts of relevant pleadings on November 5, 2020 and November 12, 2020.

15.     Plaintiffs' counsel requested via emails dated November 10 and November 16, and via phone call on November 12, that Defendants' counsel indicate whether Defendants would agree to the *ex parte* application to shorten time, consistent with Local Rules 7-19 and 7-19.1 and Judge Fitzgerald's individual rules.

16.     On November 17, 2020, Defendants' counsel confirmed via email that they would agree to the *ex parte* application to shorten time.  Defendants' counsel further indicated that upon reviewing the filed motion, Defendants "may be also able to simply not oppose it."

17.     Attached as **Exhibit A** is a true and correct copy of the Certificate of Death of Ms. Chrystal (AKA Carolyn Elizabeth Hilker), which is a certified copy issued by the County of Los Angeles Department of Public Health on September 22, 2020.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed in Berkeley, California on November 17, 2020.

Aaron J. Fischer

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx)
Declaration of A. Fischer ISO Motion for Substitution of Deceased Party, Request for Appointment

3

# Exhibit A

*Guerra et al. v. WLAC et al.*

Case No.: 2:16-cv-06796 MWF (KSx)

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**

LAST, F.L. ETAL.

CAROLYN ELIZABETH HILKER

04/17/1961    59

CA    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    X    DIVORCED    08/07/2020    FND    1345

GED    X    WHITE

MASSAGE THERAPIST    HEALTHCARE    20

1930 STEWART ST. SP #3

VENICE    LOS ANGELES    90404    59    CA

ROBERT HILKER, FATHER    39875 HIGHBURY DR., MURRIETA, CA 92563

ROBERT    JOHN    HILKER    MI

SYE    WHITNEY    CA

09/21/2020    AT SEA OFF THE COAST OF LOS ANGELES COUNTY

CR/SEA    ▶ NOT EMBALMED

THE ALPHA SOCIETY    FD1274    ▶ MUNTU DAVIS, M.D.    09/18/2020

RESIDENCE

LOS ANGELES    1930 STEWART ST. SPACE #3    SANTA MONICA

NONSPECIFIC CARDIOMYOPATHY    YRS    2020-08269

X YES    NO

YRS    X YES    NO

X YES    NO

X YES    NO

CHRONIC OBSTRUCTIVE PULMONARY DISEASE

NO

MANNER OF DEATH X Natural    Accident    Homicide    Suicide    Pending Investigation    Could not be determined

REGINA AUGUSTINE    09/18/2020    REGINA AUGUSTINE, DEP. CORONER

*01000100466619O*    FAX AUTH.#    CENSUS TRACT

## CERTIFIED COPY OF VITAL RECORD
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles
Department of Public Health if it bears the Registrar's signature in purple ink.

002576881

,MD  DATE ISSUED

Health Officer and Registrar  DO 11    SEP 22 2020

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

CALOSANGO1

LOS ANGELES COUNTY
REGISTRAR OF VITAL STATISTICS
STATE OF CALIFORNIA