AUTUMN M. ELLIOTT (SBN 230043)
autumn.elliott@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

AARON J. FISCHER (SBN 247391)
aaron.fischer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

STUART SEABORN (SBN 198590)
stuart.seaborn@disabilityrightsca.org
Disability Rights Advocates
2001 Center Street, 4th Floor
Berkeley, CA
Telephone: (510) 665-8644

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>　　　　Defendants. | Case No.: 2:16-cv-06796 MWF (KSx)<br>Judge: Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF LINDSAY POTTER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUBSTITUTION OF DECEASED PARTY AND REQUEST FOR APPOINTMENT OF SPECIAL ADMINISTRATOR OF ESTATE** |

# DECLARATION OF LINDSAY POTTER

I, Lindsay Potter, declare and state as follows:

1. This declaration is based upon my personal knowledge and, if called as a witness, I could and would testify competently from firsthand knowledge to the facts in this declaration.

2. I am the mother and legal guardian of P.P, the grandson of Chrystal (AKA Carolyn Elizabeth Hilker). P.P. is a minor child.

3. Chrystal passed away on September 7, 2020, in Los Angeles County.

4. No proceeding is now pending in California for administration of Chrystal's estate.

5. Chrystal died without a will, was unmarried, and had one child who predeceased her. Her predeceased child is the father of P.P.

6. P.P. is the only grandchild of Chrystal and the only surviving heir to Chrystal's estate.

7. As P.P.'s mother and legal guardian, I am authorized to act on behalf of P.P., Chrystal's heir and successor in interest.

8. I understand and am committed to protecting the interests of Chrystal's estate. I do not have interests adverse to P.P.

9. I am willing, able, and committed to represent the interests of Chrystal's estate and P.P. for purposes of this legal proceeding.

10. I am in contact with Chrystal's family. There is general consensus that I am the appropriate person to serve as special administrator of Chrystal's estate for purposes of this litigation.

11. I am aware of the facts and procedural history of this case, having followed it closely while Chrystal was alive.

12. I am aware of no other person who has a superior right to be substituted for Chrystal in this pending action.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed in Pleasanton, California on November 17, 2020.

*Lindsay Potter*