1
2
3
4
5
6
7
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | CHARLES ANTHONY GUERRA, ) Case No.: 2:16-cv-06796 MWF (KSx)
   | CHRYSTAL, and KARLTON    ) Judge: Hon. Michael W. Fitzgerald
13 | BONTRAGER,               )
                              ) **[PROPOSED] ORDER GRANTING**
14 |         Plaintiffs,      ) **PLAINTIFFS' MOTION FOR**
                              ) **SUBSTITUTION OF DECEASED**
15 |                          ) **PARTY AND APPOINTING SPECIAL**
16 |    v.                    ) **ADMINISTRATOR OF ESTATE**
                              )
17 | WEST LOS ANGELES COLLEGE )
18 | and LOS ANGELES COMMUNITY )
   | COLLEGE DISTRICT,        )
19 |                          )
20 |         Defendants.      )

21
22
23
24
25
26
27
28

---

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx),
[Proposed] Order

1  Having considered Plaintiffs' Motion for Substitution of Deceased Party and
2  Request for Appointment of Special Administrator of Estate, and the declarations
3  filed in support, and good cause appearing therefore, it is hereby ordered that:
4   1. The "Estate of Chrystal" shall be substituted in place of "Chrystal" as a
5      plaintiff in this action;
6   2. Lindsay Potter is appointed as Special Administrator for Chrystal's Estate
7      for purposes of representing the interests of the Estate of Chrystal in this
8      legal action.

10 DATED:_____

                                  Hon. Michael W. Fitzgerald
                                  United States District Court Judge