AUTUMN M. ELLIOTT (SBN 230043)
autumn.elliott@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

AARON J. FISCHER (SBN 247391)
aaron.fischer@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200
Fax: (510) 267-1201

STUART SEABORN (SBN 198590)
sseaborn@dralegal.org
Disability Rights Advocates
2001 Center Street, 4th Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Fax: (510) 665-8511

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>    Plaintiffs,<br><br>    v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>    Defendants. | Case No.: 2:16-cv-06796 MWF (KSx)<br>Judge: Hon. Michael W. Fitzgerald<br><br>**EX PARTE APPLICATION FOR ORDER TO SHORTEN TIME RE: MOTION FOR SUBSTITUTION OF DECEASED PARTY, REQUEST FOR APPOINTMENT OF SPECIAL ADMINISTRATOR OF ESTATE** |

Plaintiffs request, pursuant to Local Rule 7-19, that the Court shorten time on Plaintiffs' Motion for Substitution of Deceased Party and also hear the Request for Appointment of Special Administrator of Ms. Chrystal's estate, such that any hearing on these matters be held on or before November 23, 2020. Timely resolution of these matters will facilitate an efficient and appropriate process for possible resolution of this case, including at the mediation currently scheduled for November 30, 2020.

On August 10, 2020, this Court received the mandate from the Court of Appeals for the Ninth Circuit for Plaintiffs' appeal in this matter. Dkt. 211. On August 31, 2020, the Court held a status conference with the parties to discuss the status of the case in light of the mandate from the Court of Appeals for the Ninth Circuit, including the parties' willingness to participate in mediation. Dkt. 213.

Upon confirmation from Defendants that they agreed to participate in mediation of this matter, Dkt. 214, the Court ordered the parties to file periodic Joint Status Reports, commencing December 7, 2020, or within 10 days of a resolution pursuant to mediation, whichever occurs first. Dkt. 215.

The parties then scheduled a mediation for November 30, 2020, with the Hon. Carla M. Woehrle of ADR Services, Inc. to serve as a neutral. Declaration of Aaron J. Fischer in Support of Motion for Substitution of Deceased Party, Request for Appointment ("Fischer Decl.") ¶ 3.

Plaintiffs' counsel recently discovered that Ms. Chrystal passed away. Fischer Decl. ¶ 4. Counsel then took prompt steps to identify and contact her family and loved ones, including to determine whether she had a will and the legal heir(s) to her estate. *Id.* ¶¶ 5-10. Plaintiffs' counsel took further prompt steps to investigate the appropriate legal processes to address the matter, including by contacting several attorneys with practice expertise in probate for assistance. *Id.* ¶ 13.

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx)
*Ex Parte* Application for Order to Shorten Time re: Motion for Substitution of Deceased Party, Request for Appointment of Special Administrator of Estate

1

Plaintiffs' counsel contacted Defendants' counsel on October 1, 2020, to inform them of Ms. Chrystal's death. Plaintiffs' counsel has had several communications with Defendants' counsel since that time in an effort to facilitate efficient and appropriate handling of the matter, including sharing drafts of relevant pleadings on November 5, 2020 and November 12, 2020. Fischer Decl. ¶ 14.

Defendants' counsel has confirmed in writing that they would agree to this *ex parte* application to shorten time. They have further indicated that upon reviewing the filed motion, Defendants "may be also able to simply not oppose it." Fischer Decl. ¶¶ 15-16.

A court order granting the Motion for Substitution of Deceased Party is appropriate under Rule 25 of the Federal Rules of Civil Procedure, as set forth in the motion, filed concurrently herewith. The Request for Appointment of Special Administrator of Ms. Chrystal's estate likewise should be granted to protect the rights of the estate and Ms. Chrystal's minor heir.

Because timely resolution of the matter will allow for Ms. Chrystal's claims to survive and this action to proceed efficiently, including for purposes of the mediation currently scheduled for November 30, 2020, Plaintiffs respectfully request that the ex *parte* application to shorten time be granted.

Plaintiffs' counsel are available for a telephonic status conference, should the Court wish to discuss the matter with the parties.

DATED: November 17, 2020    Respectfully submitted,

DISABILITY RIGHTS CALIFORNIA

AARON J. FISCHER
*Attorney for Plaintiffs*

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx)
*Ex Parte* Application for Order to Shorten Time re: Motion for Substitution of Deceased Party, Request for Appointment of Special Administrator of Estate

2