1
2
3
4
5
6
7
8

9          UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>       Plaintiffs,<br><br>   v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>       Defendants. | Case No.: 2:16-cv-06796 MWF (KSx)<br>Judge: Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTION OF DECEASED PARTY AND APPOINTING SPECIAL ADMINISTRATOR OF ESTATE** |

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx),
[Proposed] Order

     Having considered Plaintiffs' *ex parte* application for Order to Shorten Time re: Motion for Substitution of Deceased Party and Request for Appointment of Special Administrator of Estate, the declaration filed in support, and good cause appearing therefore, and considering that Defendants' counsel have indicated that they agree to the application, it is hereby ordered that:

1. The application to shorten time is granted; and
2. Defendants shall file a response indicating whether they oppose the Motion for Substitution of Deceased Party and Request for Appointment of Special Administrator of Estate and if so, the grounds for such opposition, no later than November 20, 2020.

DATED:_____

                        Hon. Michael W. Fitzgerald
                        United States District Court Judge