UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>  Plaintiffs,<br><br>   v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>  Defendants. | Case No.: CV16-06796 MWF (KSx)<br>Judge: Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTION OF DECEASED PARTY AND APPOINTING SPECIAL ADMINISTRATOR OF ESTATE [216]** |

1    Having considered Plaintiffs' Motion for Substitution of Deceased Party and
2 Request for Appointment of Special Administrator of Estate, the declarations filed
3 in support, and Defendants' confirmation that they do not oppose the Motion, and
4 good cause appearing therefore, it is hereby ordered that:
5    1. The "Estate of Chrystal" shall be substituted in place of "Chrystal" as
6       a plaintiff in this action;
7    2. Lindsay Potter is appointed as Special Administrator for Chrystal's
8       Estate for purposes of representing the interests of the Estate of
9       Chrystal in this legal action.
10   The Court extends its condolences to Ms. Potter and to P.P.

Dated: November 20, 2020

_____
Michael W. Fitzgerald
United States District Judge