1  AUTUMN M. ELLIOTT (SBN 230043)
2  autumn.elliott@disabilityrightsca.org
   LUCIA CHOI (SBN 307384)
3  lucia.choi@disabilityrightsca.org
4  DISABILITY RIGHTS CALIFORNIA
   350 South Bixel Street, Suite 290
5  Los Angeles, CA 90017
6  Telephone: (213) 213-8000
   Fax: (213) 213-8001
7
8  AARON J. FISCHER (SBN 247391)
   ajf@aaronfischerlaw.com
9  LAW OFFICE OF AARON J. FISCHER
10 1400 Shattuck Avenue, Ste 12 - #344
   Berkeley, CA 94709
11 Telephone: (510) 806-7366
12 Fax: (510) 694-6314

13 STUART SEABORN (SBN 198590)
   stuart.seaborn@disabilityrightsca.org
14 Disability Rights Advocates
15 2001 Center Street, 4th Floor
   Berkeley, CA
16 Telephone: (510) 665-8644

17 *Attorneys for Plaintiffs*
18 (Additional Counsel Listed On Next Page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>              Plaintiffs,<br><br>     v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>              Defendants. | Case No.: 2:16-cv-06796 MWF (KSx)<br><br>**Joint Submission re Bus Schedule** |

---

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx),
JOINT SUBMISSION RE BUS SCHEDULE

1  Additional Counsel (cont'd from previous page)
2
   ERIN GALLAGHER (*pro hac vice*)
3  egallagher@dralegal.org
   Disability Rights Advocates
4  655 Third Avenue, 14th Floor
5  New York, NY 10017
   Telephone: (212) 644-8644
6  Fax: (212) 644-8636
7
8  *Attorney for Plaintiffs*

9  CYNTHIA M. GERMANO, (SBN 151360)
   cynthia.germano@bbklaw.com
10 ADAM SMITH, (SBN 322035)
11 Adam.smith@bbklaw.com
   BEST BEST & KRIEGER LLP
12 3390 University Avenue, 5th Floor
13 P.O. Box 1028
   Riverside, CA 92502
14 Telephone: (951) 686-1450
15 Facsimile: (951) 686-3083
16
17 *Attorneys for Defendants*
18
19
20
21
22
23
24
25
26
27
28

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx),
JOINT SUBMISSION RE BUS SCHEDULE

Pursuant to the Court's direction at the August 24, 2022 Hearing, Plaintiffs Charles Guerra, the estate of Chrystal, and Karlton Bontrager, and Defendants West Los Angeles College and Los Angeles Community College District (collectively "the Parties") hereby jointly submit the Culver City bus schedules for Lines 3 and 4, which run from Stop 373, (Overland Avenue and Jefferson Boulevard) Stop 417 (Jefferson Boulevard and Cota Street), and Stop 372 (Overland Avenue and Virginia Avenue) to the WLAC campus stop. The schedules included in Exhibit A are the weekday schedules for Lines 3 and 4 effective as of August 29, 2022.[1] These schedules were downloaded from "culvercitybus.com" on August 25, 2022.[2] The summer schedule, attached hereto as Exhibit B, ran from June 13, 2022 to August 28, 2022.

Stop 373 is serviced by Line 3-South and Line 4 East and West. Stop 417 is serviced by Line 4 East. Stop 372 is serviced by Line 3-South. Only certain busses on these lines stop at WLAC. Mr. Bontrager's residence is located near the intersection of Kinston Avenue and Pickford Way. Stops 373, 417, and 372 are the three closest stops to Mr. Bontrager's residence with lines providing service to WLAC. Stops 373 and 417 are approximately .2 miles from Mr. Bontrager's residence. Stop 372 is approximately .3 miles. Stop 373 is between Mr. Bontrager's home and WLAC. Using stops 417 or 372 would require Mr. Bontrager to walk away from WLAC.

The following table combines the schedules for Line 3 South and Line 4

---

[1] The Culver City bus website states that the schedules effective as of August 29, 2022 (the first day of the fall semester at WLAC) are valid through September 11, 2022. There is no publicly available schedule for Lines 3 and 4 after September 11, 2022.

[2] The Line 3 PDFs effective as of August 29, 2022 that were downloaded from the website both state "effective May 16, 2022." However, the links they were downloaded from are titled "Upcoming – Schedule Monday – Friday (8/29-9/11)" and "Upcoming – Schedule Saturday, Sunday, Holiday (8/29-9/22)" so the Parties believe them to be the correct August 29, 2022 – September 11, 2022 schedules.

1

East and West to show all of the times one of these busses stops on the WLAC campus from Monday through Thursday between 8:00 a.m. and 8:00 p.m. and includes the length of time between each bus's scheduled stop.

| Monday – Thursday | Time Between Buses |
|---|---|
| 3-S 8:31 a.m. | |
| 4-W 8:38 a.m. | 7 minutes |
| 4-E 8:45 a.m. | 7 minutes |
| 3-S 9:29 a.m. | 44 minutes |
| 4-W 9:38 a.m. | 9 minutes |
| 4-E 9:40 a.m. | 2 minutes |
| 3-S 10:31 a.m. | 51 minutes |
| 4-W 10:39 a.m. | 8 minutes |
| 4-E 10:40 a.m. | 1 minute |
| 3-S 10:59 a.m. | 19 minutes |
| 3-S 11:31 a.m. | 32 minutes |
| 4-W 11:39 a.m. | 8 minutes |
| 4-E 11:41 a.m. | 2 minutes |
| 3-S 12:32 p.m. | 51 minutes |
| 4-W 12:39 p.m. | 7 minutes |
| 4-E 12:42 p.m. | 3 minutes |
| 3-S 1:04 p.m. | 22 minutes |
| 3-S 1:36 p.m. | 32 minutes |
| 4-W 1:40 p.m. | 4 minutes |
| 4-E 1:42 p.m. | 2 minutes |
| 4-W 2:39 p.m. | 57 minutes |
| 3-S 2:41 p.m. | 2 minutes |
| 4-E 2:42 p.m. | 1 minute |
| 3-S 3:13 p.m. | 31 minutes |

| Monday – Thursday | Time Between Buses |
|---|---|
| 4-W 3:39 p.m. | 26 minutes |
| 4-E 3:42 p.m. | 3 minutes |
| 3-S 4:17 p.m. | 35 minutes |
| 4-W 4:38 p.m. | 21 minutes |
| 4-E 4:42 p.m. | 4 minutes |
| 3-S 5:22 p.m. | 40 minutes |
| 4-W 5:37 p.m. | 15 minutes |
| 4-E 5:43 p.m. | 6 minutes |
| 3-S 6:24 p.m. | 41 minutes |
| 4-W 6:36 p.m. | 12 minutes |
| 4-E 6:43 p.m. | 7 minutes |
| 4-W 7:36 p.m. | 53 minutes |
| 4-E 7:43 p.m. | 7 minutes |
| 3-S 7:58 p.m. | 15 minutes |

Should the Court need more information about the Culver City bus, schedules are available at https://www.culvercitybus.com/Bus-Schedules. The web page also provides a "Real Time Route Map" with a number of features, including the ability to view bus lines, find a particular stop of the map, plan a trip, and a "Real Time information" feature that permits the Court to cross-reference route status against scheduled stops referenced in Exhibit A.

DATED: August 31, 2022                    Respectfully submitted,

                                          DISABILITY RIGHTS CALIFORNIA

                                          */s/ Autumn M. Elliott*
                                          AUTUMN M. ELLIOTT

3

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx)
JOINT SUBMISSION RE BUS SCHEDULE

|   |   |
|---|---|
| 1 | AARON J. FISCHER |
| 2 | *Attorneys for Plaintiffs* |

BEST BEST & KRIEGER LLP

*/s/ Cynthia M. Germano*
CYNTHIA M. GERMANO
*Attorneys for Defendants*

*The filer, Autumn M. Elliott, attests that the other signatories listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.*

4

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx)
JOINT SUBMISSION RE BUS SCHEDULE