# Exhibit A

## Route Map
### 3 Crosstown

**MONDAY – FRIDAY** / Lunes – Viernes
**SATURDAY** / Sábado
**SUNDAY 7AM – 3PM** / Domingo 7AM – 3PM

Map not to scale

## 3 Crosstown
### Monday - Friday   Lunes - Viernes
EFFECTIVE MAY 16, 2022

### Northbound / Norte

| Mesmer & Centinela | Bristol Pkwy/ Centinela | Culver City Transit Center | West L.A. College Summer verano | Overland & Washington | Westwood/ Expo Line | Century City | West L.A. College Summer verano | Overland & Washington | Westwood/ Expo Line | Century City |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Mon-Thurs** Lunes - Jueves | | | | **Friday** Viernes | | | |
| — | — | 6:03AM | — | 6:14AM | 6:26AM | 6:36AM | — | 6:14AM | 6:26AM | 6:36AM |
| — | — | 6:33 | — | 6:44 | 6:56 | 7:06 | — | 6:44 | 6:56 | 7:06 |
| 6:46AM | — | 6:58 | — | 7:09 | 7:21 | 7:31 | — | 7:09 | 7:21 | 7:31 |
| 7:09 | — | 7:21 | — | 7:32 | 7:44 | 7:54 | — | 7:32 | 7:44 | 7:54 |
| 7:30 | — | 7:42 | 7:52 | 8:01 | 8:13 | 8:23 | 7:52 | 8:01 | 8:13 | 8:23 |
| 8:06 | — | 8:18 | — | 8:30 | 8:42 | 8:52 | — | 8:30 | 8:42 | 8:52 |
| 8:30 | — | 8:42 | 8:52 | 9:01 | 9:13 | 9:23 | 8:52 | 9:01 | 9:13 | 9:23 |
| 8:58 | — | 9:11 | 9:21 | 9:30 | 9:42 | 9:52 | 9:21 | 9:30 | 9:42 | 9:52 |
| 9:24 | — | 9:37 | 9:47 | 9:56 | 10:08 | 10:18 | 9:47 | 9:56 | 10:08 | 10:18 |
| 9:56 | — | 10:09 | — | 10:22 | 10:34 | 10:44 | — | 10:22 | 10:34 | 10:44 |
| 10:26 | — | 10:39 | 10:49 | 10:58 | 11:10 | 11:20 | 10:49 | 10:58 | 11:10 | 11:20 |
| 10:59 | — | 11:12 | — | 11:26 | 11:38 | 11:48 | — | 11:26 | 11:38 | 11:48 |
| 11:27 | — | 11:41 | 11:51 | 12:00PM | 12:12PM | 12:22PM | 11:51 | 12:00PM | 12:12PM | 12:22PM |
| 11:59 | — | 12:13PM | — | 12:27 | 12:40 | 12:50 | — | 12:27 | 12:40 | 12:50 |
| 12:29PM | — | 12:43 | 12:53PM | 1:02 | 1:15 | 1:25 | 12:53PM | 1:02 | 1:15 | 1:25 |
| 1:01 | — | 1:15 | 1:24 | 1:33 | 1:46 | 1:56 | 1:24 | 1:33 | 1:46 | 1:56 |
| 1:33 | — | 1:47 | — | 2:01 | 2:14 | 2:24 | — | 2:01 | 2:14 | 2:24 |
| 2:05 | — | 2:19 | 2:28 | 2:37 | 2:50 | 3:00 | 2:28 | 2:37 | 2:50 | 3:00 |
| 2:37 | — | 2:50 | — | 3:04 | 3:17 | 3:27 | — | 3:04 | 3:17 | 3:27 |
| 3:09 | — | 3:22 | 3:31 | 3:40 | 3:53 | 4:03 | — | 3:36 | 3:49 | 3:59 |
| 3:41 | — | 3:54 | — | 4:08 | 4:21 | 4:31 | — | 4:08 | 4:21 | 4:31 |
| 4:13 | — | 4:26 | 4:35 | 4:44 | 4:57 | 5:07 | — | 4:40 | 4:53 | 5:03 |
| 4:45 | — | 4:58 | 5:07 | 5:16 | 5:29 | 5:39 | — | 5:12 | 5:25 | 5:35 |
| 5:17 | — | 5:30 | 5:39 | 5:48 | 6:01 | 6:10 | — | 5:44 | 5:57 | 6:06 |
| 5:49 | — | 6:01 | — | 6:14 | 6:25 | 6:34 | — | 6:14 | 6:25 | 6:34 |
| 6:21 | — | 6:33 | 6:42 | 6:51 | 7:02 | 7:11 | — | 6:46 | 6:57 | 7:06 |
| 7:00 | — | 7:12 | — | 7:25 | 7:36 | 7:44 | — | 7:25 | 7:36 | 7:44 |
| — | 7:43PM | 7:53 | 8:02 | 8:11 | 8:21 | 8:29 | — | 8:05 | 8:15 | 8:23 |
| — | 8:23 | 8:34 | — | 8:46 | 8:56 | 9:04 | — | 8:46 | 8:56 | 9:04 |
| — | 8:52 | 9:02 | — | 9:14 | 9:24 | 9:32 | — | 9:14 | 9:24 | 9:32 |
| — | — | — | — | — | — | — | — | — | — | — |

### Southbound / Sur

| Century City | Westwood/ Expo Line | Overland & Washington | West L.A. College Summer verano | Culver City Transit Center | Bristol Pkwy/ Centinela | Mesmer & Centinela | West L.A. College Summer verano | Culver City Transit Center | Bristol Pkwy/ Centinela | Mesmer & Centinela |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Mon-Thurs** Lunes - Jueves | | | | **Friday** Viernes | | | |
| 6:00AM | 6:10AM | 6:20AM | — | 6:29AM | — | — | — | 6:29AM | — | — |
| 6:40 | 6:52 | 7:02 | — | 7:13 | — | 7:25AM | — | 7:13 | — | 7:25AM |
| 7:10 | 7:22 | 7:32 | 7:39 | 7:49 | — | 8:01 | 7:39 | 7:49 | — | 8:01 |
| 7:35 | 7:49 | 8:00 | — | 8:13 | — | 8:25 | — | 8:13 | — | 8:25 |
| 7:59 | 8:13 | 8:24 | 8:31 | 8:41 | — | 8:53 | 8:31 | 8:41 | — | 8:53 |
| 8:28 | 8:42 | 8:53 | — | 9:06 | — | 9:18 | — | 9:06 | — | 9:18 |
| 8:57 | 9:11 | 9:22 | 9:29 | 9:39 | — | 9:51 | 9:29 | 9:39 | — | 9:51 |
| 9:28 | 9:42 | 9:55 | — | 10:08 | — | 10:20 | — | 10:08 | — | 10:20 |
| 9:57 | 10:11 | 10:24 | 10:31 | 10:42 | — | 10:54 | 10:31 | 10:42 | — | 10:54 |
| 10:23 | 10:37 | 10:50 | 10:59 | 11:10 | — | 11:22 | 10:59 | 11:10 | — | 11:22 |
| 10:55 | 11:09 | 11:22 | 11:31 | 11:42 | — | 11:54 | 11:31 | 11:42 | — | 11:54 |
| 11:25 | 11:40 | 11:53 | — | 12:08PM | — | 12:20PM | — | 12:08PM | — | 12:20PM |
| 11:55 | 12:10PM | 12:23PM | 12:32PM | 12:43 | — | 12:55 | 12:32PM | 12:43 | — | 12:55 |
| 12:27PM | 12:42 | 12:55 | 1:04 | 1:15 | — | 1:27 | 1:04 | 1:15 | — | 1:27 |
| 12:59 | 1:14 | 1:27 | 1:36 | 1:47 | — | 1:59 | 1:36 | 1:47 | — | 1:59 |
| 1:31 | 1:47 | 2:00 | — | 2:15 | — | 2:27 | — | 2:15 | — | 2:27 |
| 2:03 | 2:19 | 2:32 | 2:41 | 2:51 | — | 3:03 | 2:41 | 2:51 | — | 3:03 |
| 2:35 | 2:51 | 3:04 | 3:13 | 3:23 | — | 3:35 | — | 3:20 | — | 3:32 |
| 3:07 | 3:23 | 3:36 | — | 3:52 | — | 4:04 | — | 3:52 | — | 4:04 |
| 3:39 | 3:55 | 4:08 | 4:17 | 4:27 | — | 4:39 | — | 4:24 | — | 4:36 |
| 4:11 | 4:28 | 4:41 | — | 4:57 | — | 5:09 | — | 4:57 | — | 5:09 |
| 4:43 | 5:00 | 5:13 | 5:22 | 5:32 | — | 5:44 | — | 5:29 | — | 5:41 |
| 5:15 | 5:32 | 5:45 | — | 6:01 | — | 6:13 | — | 6:01 | — | 6:13 |
| 5:47 | 6:02 | 6:15 | 6:24 | 6:34 | — | 6:46 | — | 6:30 | — | 6:42 |
| 6:19 | 6:34 | 6:47 | — | 7:01 | — | 7:09 | — | 7:01 | — | 7:09 |
| 6:49 | 7:04 | 7:15 | — | 7:28 | 7:38PM | — | — | 7:28 | 7:38PM | — |
| 7:23 | 7:38 | 7:49 | 7:58 | 8:08 | 8:18 | — | — | 8:00 | 8:10 | — |
| 8:00 | 8:12 | 8:22 | — | 8:32 | 8:42 | — | — | 8:32 | 8:42 | — |
| 8:35 | 8:47 | 8:57 | — | 9:07 | 9:17 | — | — | 9:07 | 9:17 | — |
| 9:09 | 9:21 | 9:31 | — | 9:41 | 9:51 | — | — | 9:41 | 9:51 | — |
| 9:38 | 9:50 | 9:59 | — | 10:09 | 10:19 | — | — | 10:09 | 10:19 | — |

**LINE 3 EFFECTIVE DATES: MAY 16, 2022**

Times are approximate and may vary due to traffic and weather conditions. Times shown are subject to change without notice.
Los tiempos son aproximados y pueden variar debido a tráfico y condiciones de clima. Los tiempos demostrados son conforme a cambio sin aviso.

Signs on buses going into West Los Angeles College will display "West LA College."   Anuncios en los autobuses que entran a West Los Angeles College exhibirán "West LA College."

# 4 Jefferson Blvd.

**Monday - Friday**   Lunes - Viernes   EFFECTIVE AUGUST 29, 2022



Route Map — 4 Jefferson Blvd.

## Westbound  Oeste

| West L.A. Transit Center | La Cienega & Obama | West L.A. College Fall Otoño | Culver City Transit Center | Jefferson & E.A. Way | West L.A. College Fall Otoño | Culver City Transit Center | Jefferson & E.A. Way |
|---|---|---|---|---|---|---|---|
| **Mon-Thurs** Lunes - Jueves | | | | | **Friday** Viernes | | |
| 6:02ᴀᴍ | 6:06ᴀᴍ | – | 6:21ᴀᴍ | 6:34ᴀᴍ | – | 6:21ᴀᴍ | 6:34ᴀᴍ |
| 6:45 | 6:49 | – | 7:04 | 7:17 | – | 7:04 | 7:17 |
| 7:25 | 7:30 | 7:43ᴀᴍ | 7:56 | 8:10 | 7:43ᴀᴍ | 7:56 | 8:10 |
| 8:20 | 8:25 | 8:38 | 8:51 | 9:05 | 8:38 | 8:51 | 9:05 |
| 9:20 | 9:25 | 9:38 | 9:51 | 10:06 | 9:38 | 9:51 | 10:06 |
| 10:20 | 10:25 | 10:39 | 10:52 | 11:07 | 10:39 | 10:52 | 11:07 |
| 11:20 | 11:25 | 11:39 | 11:52 | 12:07ᴘᴍ | 11:39 | 11:52 | 12:07ᴘᴍ |
| 12:20ᴘᴍ | 12:25ᴘᴍ | 12:39ᴘᴍ | 12:52ᴘᴍ | 1:07 | 12:39ᴘᴍ | 12:52ᴘᴍ | 1:07 |
| 1:20 | 1:26 | 1:40 | 1:54 | 2:09 | 1:40 | 1:54 | 2:09 |
| 2:20 | 2:26 | 2:39 | 2:53 | 3:08 | – | 2:43 | 2:58 |
| 3:20 | 3:26 | 3:39 | 3:53 | 4:08 | – | 3:43 | 3:58 |
| 4:20 | 4:26 | 4:38 | 4:52 | 5:05 | – | 4:42 | 4:55 |
| 5:20 | 5:25 | 5:37 | 5:51 | 6:04 | – | 5:41 | 5:54 |
| 6:20 | 6:24 | 6:36 | 6:50 | 7:03 | – | 6:40 | 6:53 |
| 7:20 | 7:24 | 7:36 | 7:50 | 8:03 | – | 7:40 | 7:53 |

## Eastbound  Este

| Jefferson & E.A. Way | Culver City Transit Center | West L.A. College Fall Otoño | La Cienega & Obama | West L.A. Transit Center | West L.A. College Fall Otoño | La Cienega & Obama | West L.A. Transit Center |
|---|---|---|---|---|---|---|---|
| **Mon-Thurs** Lunes - Jueves | | | | | **Friday** Viernes | | |
| 6:40ᴀᴍ | 6:52ᴀᴍ | – | 7:06ᴀᴍ | 7:11ᴀᴍ | – | 7:06ᴀᴍ | 7:11ᴀᴍ |
| 7:26 | 7:38 | 7:49ᴀᴍ | 8:01 | 8:06 | 7:49ᴀᴍ | 8:01 | 8:06 |
| 8:21 | 8:34 | 8:45 | 8:57 | 9:02 | 8:45 | 8:57 | 9:02 |
| 9:16 | 9:29 | 9:40 | 9:53 | 9:59 | 9:40 | 9:53 | 9:59 |
| 10:16 | 10:29 | 10:40 | 10:53 | 10:59 | 10:40 | 10:53 | 10:59 |
| 11:16 | 11:29 | 11:41 | 11:55 | 12:01ᴘᴍ | 11:41 | 11:55 | 12:01ᴘᴍ |
| 12:16ᴘᴍ | 12:30ᴘᴍ | 12:42ᴘᴍ | 12:56ᴘᴍ | 1:02 | 12:42ᴘᴍ | 12:56ᴘᴍ | 1:02 |
| 1:16 | 1:30 | 1:42 | 1:56 | 2:04 | 1:42 | 1:56 | 2:04 |
| 2:16 | 2:30 | 2:42 | 2:56 | 3:04 | – | 2:49 | 2:57 |
| 3:16 | 3:30 | 3:42 | 3:56 | 4:04 | – | 3:49 | 3:57 |
| 4:16 | 4:30 | 4:42 | 4:56 | 5:04 | – | 4:47 | 4:55 |
| 5:16 | 5:29 | 5:43 | 5:58 | 6:06 | – | 5:45 | 5:53 |
| 6:16 | 6:29 | 6:43 | 6:57 | 7:04 | – | 6:43 | 6:50 |
| 7:16 | 7:29 | 7:43 | 7:57 | 8:04 | – | 7:43 | 7:50 |
| 8:16 | 8:29 | 8:43 | 8:57 | 9:02 | – | 8:43 | 8:48 |

Sorry, no Sunday or holiday service.
Lo sentimos, no hay servicio el domingo o días festivos.

Signs on buses going into West Los Angeles College will display "West L.A. College."
Anuncios en los autobuses que entran a West Los Angeles College exhibirán "West L.A. College."

Times are approximate and may vary due to traffic and weather conditions. Times shown are subject to change without notice.
Los tiempos son aproximados y pueden variar debido a tráfico y condiciones de clima. Los tiempos demostrados son conforme a cambio sin aviso.