AUTUMN M. ELLIOTT (SBN 230043)
autumn.elliott@disabilityrightsca.org
ALEXANDRA ROBERTSON (SBN 298637)
alexandra.robertson@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA  90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

AARON J. FISCHER (SBN 247391)
ajf@aaronfischerlaw.com
LAW OFFICE OF AARON J. FISCHER
1400 Shattuck Avenue, Ste. 12, #344
Berkeley CA 94709Telephone: (510) 806-7366
Fax: (510) 694-6314

Additional Counsel listed on next page
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER, <br><br> Plaintiffs, <br><br> v. <br><br> WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT, <br><br> Defendants. | Case No.: 2:16-cv-06796 MWF (KSx) <br><br> **JOINT STATUS REPORT** <br><br> Action Filed: September 9, 2016 |

12345.2

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx),
Joint Status Report

1  Additional counsel continued from previous page:
2  SHAWNA PARKS (SBN 208301)
   sparks@dralegal.org
3  AMELIA EVARD (SBN 341940)
4  aevard@dralegal.org
   Disability Rights Advocates
5  2001 Center Street, 4th Floor
6  Berkeley, CA 94704
   Telephone: (510) 665-8644
7
8  ERIN GALLAGHER (*pro hac vice*)
   egallagher@dralegal.org
9  Disability Rights Advocates
10 655 Third Avenue, Suite 2619
   New York, NY 10017
11 Telephone: (212) 644-8644
12 Fax: (212) 644-8636

13 *Attorneys for Plaintiffs*
14

15 CYNTHIA M. GERMANO, Bar No. 151360
16 cynthia.germano@bbklaw.com
   BEST BEST & KRIEGER LLP
17 3390 University Avenue, 5th Floor
18 P.O. Box 1028
   Riverside, CA 92502
19 Telephone: (951) 686-1450
20 Facsimile: (951) 686-3083

21 *Attorneys for Defendants*
22
23
24
25
26
27
28

12345.2                                2

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx)
Joint Status Report

Pursuant to the Court's November 12, 2024 Order Extending Stay and Requiring Further Joint Status Report, Dkt. No. 289, Plaintiffs Charles Guerra, the estate of Chrystal, and Karlton Bontrager, and Defendants West Los Angeles College and Los Angeles Community College District hereby submit the following joint status report:

1. The parties have exchanged drafts of a settlement agreement resolving each Plaintiff's claims and setting forth a procedure and timeline for resolving the issue of attorneys' fees and costs. The parties anticipate that they will be able to execute a settlement agreement by the end of 2024.

2. The parties are engaged in identifying a mediator to assist them in resolving the issue of attorneys' fees and costs. The parties anticipate that the mediation will take place in early 2025.

3. The parties are also in communication regarding a potential settlement for the related *Cline v. West Los Angeles College, et al.* case.

As a result, the parties respectfully request that the Court continue to stay the litigation in this case. The parties propose that the Court require the parties to submit a status report by February 14, 2025 regarding their progress towards settlement and any other relevant update.

DATED: December 13, 2024

Respectfully submitted,
DISABILITY RIGHTS CALIFORNIA

*/s/ Autumn M. Elliott*
Autumn M. Elliott

LAW OFFICE OF AARON J. FISCHER

*s/ Aaron J. Fischer*
Aaron J. Fischer

|   |   |
|---|---|
|   | DISABILITY RIGHTS ADVOCATES |
|   | *s/ Erin Gallagher* |
|   | Erin Gallagher |
|   | *Attorneys for Plaintiffs* |
| DATED: December 13, 2024 | BEST BEST & KRIEGER LLP |
|   | */s/ Cynthia M. Germano* |
|   | CYNTHIA M. GERMANO |
|   | *Attorneys for Defendants*<br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT |

## L. R. 5-4.3.4(A)(2)(I) ATTESTATION

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.