1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>         Plaintiffs,<br><br>    v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>         Defendants. | Case No.: 2:16-cv-06796 MWF (KSx)<br><br>**[PROPOSED] ORDER EXTENDING STAY AND REQUIRING FURTHER JOINT STATUS REPORT** |

**[PROPOSED] ORDER**

The Court has reviewed the parties' Joint Status Report (Dkt. No. _____). For good cause shown, the Court ORDERS as follows:

1. The stay ordered on October 22, 2024 (Docket No. 287) and extended on November 12, 2024 (Docket No. 289) remains in place.
2. The parties shall file a further Joint Status Report no later than **February 14, 2025**, regarding their progress toward settlement.

**IT IS SO ORDERED.**

DATED:_____

                                    _____
                                    MICHAEL W. FITZGERALD
                                    United States District Judge

2

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx)
[PROPOSED] ORDER EXTENDING STAY AND REQUIRING FURTHER STATUS REPORT