**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES ANTHONY GUERRA, et al., <br><br>Plaintiffs, <br><br>v. <br><br>WEST LOS ANGELES COLLEGE, et al., <br><br>Defendants. | Case No. CV 16-6796-MWF(KSx) <br><br> ORDER EXTENDING STAY AND REQUIRING FURTHER JOINT STATUS REPORT |

The Court has reviewed the parties' Joint Status Report, filed December 13, 2024. (Docket No. 290). For good cause shown, the Court ORDERS as follows:

1. The stay ordered on October 22, 2024, and extended on November 12, 2024 (Docket Nos. 287 and 289), remains in place.
2. The parties shall file a further Joint Status Report no later than **February 14, 2025**, regarding their progress toward settlement.

**IT IS SO ORDERED.**

Dated: December 16, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-