AUTUMN M. ELLIOTT (SBN 230043)
autumn.elliott@disabilityrightsca.org
ALEXANDRA ROBERTSON (SBN 298637)
alexandra.robertson@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 South Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

AARON J. FISCHER (SBN 247391)
ajf@aaronfischerlaw.com
LAW OFFICE OF AARON J. FISCHER
1400 Shattuck Avenue, Ste. 12, #344
Berkeley CA 94709Telephone: (510) 806-7366
Fax: (510) 694-6314

Additional Counsel listed on next page
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>Plaintiffs,<br><br>v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>Defendants. | Case No.: 2:16-cv-06796 MWF (KSx)<br><br>**JOINT STATUS REPORT** |

Additional counsel continued from previous page:
SHAWNA PARKS (SBN 208301)
sparks@dralegal.org
AMELIA EVARD (SBN 341940)
aevard@dralegal.org
Disability Rights Advocates
2001 Center Street, 4th Floor
Berkeley, CA 94704
Telephone: (510) 665-8644

ERIN GALLAGHER (*pro hac vice*)
egallagher@dralegal.org
Disability Rights Advocates
655 Third Avenue, Suite 2619
New York, NY 10017
Telephone: (212) 644-8644
Fax: (212) 644-8636

Pursuant to the Court's December 16, 2024 Order Extending Stay and Requiring Further Joint Status Report, Dkt. No. 291, Plaintiffs Charles Guerra, the estate of Chrystal, and Karlton Bontrager, and Defendants West Los Angeles College and Los Angeles Community College District, hereby submit the following joint status report:

1. The parties have executed a settlement agreement resolving each Plaintiff's claims and setting forth a procedure and timeline for resolving the issue of attorneys' fees and costs.

2. The parties have engaged a mediator to assist them in resolving the issue of attorneys' fees and costs and have scheduled mediation on this issue for April 7, 2025.

3. The parties have agreed that if mediation is unsuccessful, Plaintiffs will submit a formal motion for attorneys' fees and costs to the District Court.

4. The parties have agreed that once the issue of the reasonable amount of Plaintiffs' attorneys' fees and costs is resolved, Plaintiffs' counsel will file a request for dismissal of the action with a joint request that the Court retain jurisdiction of the case for the purposes of enforcing the equitable relief in the Court's July 29, 2024 Order on Remand until the related case, *Cline v. WLAC*, is resolved.

5. The parties are working on a potential settlement for the related *Cline v. West Los Angeles College, et al.* case, and will update the Court as warranted.

As a result, the parties respectfully request that the Court continue to stay the litigation in this case. The parties propose that the Court require the parties to submit a joint status report by April 21, 2025 regarding whether the matter of attorneys' fees has resolved, and if it has not, include in that report a proposed briefing schedule for Plaintiffs' motion for attorneys' fees and costs, as well as any other relevant update.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 11, 2025 | Respectfully submitted, |
| 3 | | DISABILITY RIGHTS CALIFORNIA |

*/s/ Autumn M. Elliott*
Autumn M. Elliott

LAW OFFICE OF AARON J. FISCHER

*s/ Aaron J. Fischer*
Aaron J. Fischer

DISABILITY RIGHTS ADVOCATES

*s/ Erin Gallagher*
Erin Gallagher

*Attorneys for Plaintiffs*


BEST BEST & KRIEGER LLP

*/s/ Cynthia M. Germano*
CYNTHIA M. GERMANO

*Attorneys for Defendants*
WEST LOS ANGELES COLLEGE
and LOS ANGELES COMMUNITY COLLEGE DISTRICT

## L. R. 5-4.3.4(A)(2)(I) ATTESTATION

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.