# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHARLES ANTHONY GUERRA, et al.,

Plaintiffs,

v.

WEST LOS ANGELES COLLEGE, et al.,

Defendants.

Case No. CV 16-6796-MWF(KSx)

ORDER EXTENDING STAY AND REQUIRING FURTHER STATUS REPORT

The Court has reviewed the parties' Joint Status Report, filed February 11, 2025. (Docket No. 292). For good cause shown, the Court ORDERS as follows:

1. The stay ordered on October 22, 2024, and extended on November 12, 2024, and December 16, 2024 (Docket Nos. 287, 289, and 291) remains in place.

2. The parties shall file a further Joint Status Report no later than **April 21, 2025**, regarding their progress towards resolving the issue of attorneys' fees and costs, and with a proposed briefing schedule on the matter, if warranted.

**IT IS SO ORDERED.**

Dated:  February 12, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-