# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WEST LOS ANGELES COLLEGE, et al.,<br><br>Defendants. | Case No. CV 16-6796-MWF(KSx)<br><br>ORDER EXTENDING STAY AND REQUIRING FURTHER STATUS REPORT |

The Court has reviewed the parties' Joint Status Report, filed April 16, 2025. (Docket No. 296). For good cause shown, the Court ORDERS as follows:

1. The stay ordered on October 22, 2024, and extended on November 12, 2024, December 16, 2024, and February 12, 2025 (Docket Nos. 287, 289, 291 and 293) remains in place.

2. The parties shall file a further Joint Status Report no later than **June 16, 2025**, regarding their progress towards resolving the issue of attorneys' fees and costs, and with a proposed briefing schedule on the matter, if warranted.

**IT IS SO ORDERED.**

Dated: April 17, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge