AUTUMN M. ELLIOTT (SBN 230043)
autumn@elliottimpact.com
LAW OFFICE OF AUTUMN ELLIOTT
325 N. Larchmont Blvd., Ste 307
Los Angeles, CA 90004
Telephone: (213)500-9454

ALEXANDRA ROBERTSON (SBN 298637)
alexandra.robertson@disabilityrightsca.org
S. LYNN MARTINEZ (SBN 164406)
lynn.martinez@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
888 W 6th Street, Suite 700
Los Angeles, CA  90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

*Attorneys for Plaintiff*
(Additional Counsel listed on next page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, ESTATE OF CHRYSTAL, and KARLTON BONTRAGER,<br><br>Plaintiff,<br><br>v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>Defendants. | Case No.: 2:16-cv-06796-MWF-KS<br><br>**JOINT STATUS REPORT**<br><br>Date Action Filed:    September 9, 2016 |

Additional counsel continued from previous page:

AARON J. FISCHER (SBN 247391)
ajf@aaronfischerlaw.com
LAW OFFICE OF AARON J. FISCHER
1400 Shattuck Avenue, Suite 12-#344
Berkeley, CA 94709
Telephone: (510) 806-7366
Fax: (510) 694-6314

SHAWNA PARKS (SBN 208301)
sparks@dralegal.org
AMELIA EVARD (SBN 341940)
Disability Rights Advocates
2001 Center Street, 3rd Floor
Berkeley, CA 94704
Telephone: (510) 665-8644

ERIN GALLAGHER (*pro hac vice*)
egallagher@dralegal.org
Disability Rights Advocates
655 Third Avenue, Suite 2619
New York, NY 10017
Telephone: (212) 644-8644
Fax: (212) 644-8636
*Attorney for Plaintiffs*

CYNTHIA M. GERMANO, Bar No. 151360
cynthia.germano@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

*Attorneys for Defendants*

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796-MWF-KS
Joint Status Report

Pursuant to the Court's April 17, 2025 Order (Dkt. No. 297), Plaintiffs Charles Guerra, the Estate of Chrystal, and Karlton Bontrager and Defendants West Los Angeles College and the Los Angeles Community College District (collectively, "the Parties") submit a joint status report regarding their progress towards resolving the issue of attorneys' fees and costs.

As previously reported to the Court, the Parties met with mediator Hon. Margaret A. Nagle (ret.) via videoconference on April 7, 2025. After conferring with all parties, Judge Nagle recommended that the Parties adjourn the mediation and reserve seven hours to reconvene at a later date to allow the Parties to discuss the matters of attorneys' fees and costs for this and for the related *Cline* case on the same date. The Parties accepted Judge Nagle's recommendation and adjourned the mediation.

The Parties have since exchanged drafts of a settlement agreement in the *Cline* case and counsel for the Parties have met a number of times to discuss the few remaining issues. Based on that progress toward settlement, the Parties anticipate that they will be able to resume mediation with Judge Nagle on the issue of attorneys' fees and costs in both cases shortly and have reached out to Judge Nagle to schedule a mediation session.

The Parties request that the Court continue to stay this matter and that the Court order the Parties to file a further Joint Status Report by July 16, 2025 regarding their progress towards resolving the issue of attorneys' fees and costs, with a proposed briefing schedule on the matter, if warranted.

///
///
///

3

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796-MWF-KS
Joint Status Report

**Attestation re: Signatures of Registered CM/ECF Filers**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Autumn M. Elliott, as the filer of the joint statement, attest that all other signatories listed on this signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: 6/16/2025                     LAW OFFICE OF AUTUMN ELLIOTT

/s/ *Autumn M. Elliott*
Autumn M. Elliott

DISABILITY RIGHTS CALIFORNIA

/s/ *Alexandra Robertson*
Alexandra Robertson
S. Lynn Martinez

LAW OFFICE OF AARON J. FISCHER

/s/ *Aaron J. Fischer*
Aaron J. Fischer

DISABILITY RIGHTS ADVOCATES

/s/ *Erin Gallagher*
Shawna Parks
Erin Gallagher
Amelia Evard

*Attorneys for Plaintiff*

DATED: 6/16/2025                     BEST BEST & KRIEGER, LLP

/s/ *Cynthia Germano*
Cynthia Germano

*Attorneys for Defendants*