1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, CHRYSTAL, and KARLTON BONTRAGER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WEST LOS ANGELES COLLEGE and LOS ANGELES COMMUNITY COLLEGE DISTRICT,<br><br>　　　　Defendants. | Case No.: 2:16-cv-06796 MWF (KSx)<br><br>**[PROPOSED] ORDER EXTENDING STAY AND REQUIRING FURTHER JOINT STATUS REPORT** |

779241.1

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx),
[PROPOSED] ORDER EXTENDING STAY AND REQUIRING FURTHER JOINT STATUS REPORT

**[PROPOSED] ORDER**

The Court has reviewed the parties' Joint Status Report (Dkt. No. ___). For good cause shown, the Court ORDERS as follows:

1. The stay ordered on October 22, 2024 (Dkt. No. 287) and extended on November 12, 2024 (Dkt. No. 289), December 16, 2024 (Dkt. No. 291), February 12, 2025 (Dkt. No. 293), and April 17, 2025 (Dkt. No. 297) remains in place; and

2. The parties shall file a further Joint Status Report no later than July 16, 2025 regarding their progress towards resolving the issue of attorneys' fees and costs, and with a proposed briefing schedule on the matter, if warranted.

IT IS SO ORDERED.

DATED:_____

Hon. Michael W. Fitzgerald
United States District Judge

779241.1

**2**

*Guerra et al. v. WLAC et al.*, No. 2:16-cv-06796 MWF (KSx)
[PROPOSED] ORDER EXTENDING STAY AND REQUIRING FURTHER JOINT STATUS REPORT