# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY GUERRA, et al., | Case No. CV 16-6796-MWF(KSx) |
| Plaintiffs, | ORDER EXTENDING STAY AND REQUIRING FURTHER STATUS REPORT |
| v. | |
| WEST LOS ANGELES COLLEGE, et al., | |
| Defendants. | |

The Court has reviewed the parties' Joint Status Report, filed June 16, 2025. (Docket No. 300). For good cause shown, the Court ORDERS as follows:

1. The stay ordered on October 22, 2024, and extended on November 12, 2024, December 16, 2024, February 12, 2025, and April 17, 2025 (Docket Nos. 287, 289, 291, 293, and 297) remains in place.

2. The parties shall file a further Joint Status Report no later than **July 16, 2025**, regarding their progress towards resolving the issue of attorneys' fees and costs, and with a proposed briefing schedule on the matter, if warranted.

**IT IS SO ORDERED.**

Dated: June 18, 2025

_____

MICHAEL W. FITZGERALD
United States District Judge

-1-